IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TORAN SHAMBERGER,            )
                             )
        Plaintiff,            )
                             )
    v.                        )     1:12cv876
                             )
FIRSTPOINT COLLECTION SERVICE, )
                             )
        Defendant.            )
                             )
                             )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 23, 2013, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Entry of Default Judgment (Doc. 14) is DENIED and that Defendant's Motion to Dismiss (Doc. 12) is GRANTED.

                              /s/   Thomas D. Schroeder
                              United States District Judge

September 10, 2013